IN THE MATTER OF KRZYSZTOF L. NOWAK,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on May 4, 1999, having filed with the Court its decision concluding that **KRZYSZTOF L. NOWAK** of **OLD BRIDGE**, who was admitted to the bar of this State in 1978, should be suspended from the practice of law for a period of three months for violating *RPC* 1.7(a) (conflict of interest), *RPC* 4.1(a)(1) (knowingly making a false statement of fact to a third party while representing a client), and *RPC* 8.4(c) (conduct

involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **KRZYSZTOF L. NOWAK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.